## WELLS *v.* WHITING.

[No. 10,651. Filed December 23, 1920. Rehearing denied February 25, 1921.]

APPEAL.—*Review.—Ruling on Demurrer for Misjoinder of Causes.*—*Affirmance.—Statute.*—Under §346 Burns 1914, §341 R. S. 1881, providing that no judgment shall be reversed for any error in sustaining or overruling a demurrer for misjoinder of causes of action, a judgment must be affirmed where the only error properly assigned was the overruling of a demurrer to the complaint based on alleged misjoinder of causes of action.

From Marion Superior Court (A3,250) ; *Linn D. Hay,* Judge.

Action by Sarah Whiting against Nelson Wells. From a judgment for plaintiff, the defendant appeals. *Affirmed.*

*Joseph K. Brown,* for appellant.

*George W. Galvin,* for appellee.

ENLOE, J.—The only error properly assigned, which is presented in this case, is the action of the court in overruling a demurrer to the complaint. The said demurrer was for alleged misjoinder of causes of action. Section 346 Burns 1914, §341 R. S. 1881, provides: "No judgment shall ever be reversed for any error committed in sustaining or overruling a demurrer for misjoinder of causes of action."

The judgment is therefore affirmed.